**Wilbert V. JOHNSON, Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA; The Rector and Visitors of the University of Virginia, Defendants–Appellees,**

**and**

**University of Virginia Medical Center; Dr. Edward Walsh, Defendants.**

No. 07–1614.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2007.

Decided Jan. 8, 2008.

Wilbert V. Johnson, Appellant Pro Se. Susan A. Waddell, Guynn, Memmer & Dillon, PC, Salem, Virginia, for Appellees.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert V. Johnson appeals the district court's order granting Defendants' Fed. R. Civ P. 12(b)(6) motion in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Commonwealth of Va.*, No. 3:06–cv–00061, 2007 WL 1556555 (W.D.Va. May 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*